UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CYNTHIA ALEXANDER, | ) | CASE NO. C07-868-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: PROPOSED |
| | ) | STIPULATED ORDER EXTENDING |
| CITY OF BELLINGHAM, et al., | ) | DEADLINES |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties submitted a Stipulation and Order Extending Deadlines for Reports from Expert Witnesses Under FRCP 26(a)(2) and for Completion of Discovery. (Dkt. 19.) They seek to extend the expert report deadline from April 7, 2008 to May 12, 2008, and the discovery deadline from June 9, 2008 to July 11, 2008. The Court sees no problem with extending the expert report deadline as requested. However, the discovery deadline may not be extended as requested in light of the fact that it would fall after the dispositive motion deadline, on July 7, 2008. Any resulting alteration of the dispositive motion deadline would likely affect the October 6, 2008 trial date.

Accordingly, the parties proposed stipulated order is GRANTED in part and DENIED in

01 part. The deadline for reports from expert witnesses is hereby extended to **May 12, 2008**, while
02 the discovery deadline will remain as scheduled. The Clerk is directed to send a copy of this Order
03 to all counsel of record.

04     DATED this <u>14th</u> day of March, 2008.

05
06                                             Mary Alice Theiler
07                                             United States Magistrate Judge

08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

ORDER RE: PROPOSED STIPULATED
ORDER EXTENDING DEADLINES
PAGE -2