UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CYNTHIA ALEXANDER, | ) | CASE NO. C07-0868-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION FOR EXTENSION OF |
| CITY OF BELLINGHAM, et al., | ) | DEADLINE FOR SUBMISSION OF |
| | ) | RULE 35(B) REPORT |
| Defendants. | ) | |
| _____ | ) | |

Defendants filed a motion seeking a one-week extension of the deadline for submitting the Federal Rule of Civil Procedure 35(b) report of Dr. Philip Lindsay. (Dkt. 34.) Defendants base their request on the voluminous records involved in this matter, as well as the delay in scheduling the Rule 35(a) examination and in receiving the relevant medical records. (Dkts. 34, 39 & 40.) Plaintiff objects to the request. (Dkt. 36.) Defendants subsequently submitted the completed report within the one-week period of extension requested. (Dkt. 38.) Having considered all documents filed in support and in opposition to the pending motion, as well as the remainder of the record, the Court finds defendants' request for a brief extension entirely reasonable under the circumstances. Accordingly, defendants' motion for an extension of the deadline for submitting

ORDER GRANTING DEFENDANTS' MOTION FOR
EXTENSION OF DEADLINE FOR SUBMISSION OF
RULE 35(B) REPORT
PAGE -1

01 the Rule 35(b) report (Dkt. 34) is hereby GRANTED.

02      DATED this 25th day of June, 2008.

                                    _____
                                    Mary Alice Theiler
                                    United States Magistrate Judge

ORDER GRANTING DEFENDANTS' MOTION FOR
EXTENSION OF DEADLINE FOR SUBMISSION OF
RULE 35(B) REPORT
PAGE -2