HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA ALEXANDER,<br><br>                     Plaintiff,<br><br>v.<br><br>CITY OF BELLINGHAM, a municipal corporation; BELLINGHAM POLICE DEPARTMENT, a department of the City of Bellingham; KEVIN BEAN, in his official capacity; KEVIN BEAN AND JANE DOE BEAN, husband and wife and the marital community composed thereof; JEREMY HARPER, in his official capacity, JEREMY HARPER AND JANE DOE HARPER, husband and wife and the marital community composed thereof,<br><br>                     Defendants. | NO. C07-0868-MAT<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR CR 39.1 MEDIATION |

## **STIPULATION**

The parties hereto, by and through their attorneys undersigned, hereby stipulate and agree that the deadline for mandatory CR 39.1 mediation be extended from September 2, 2008 to

STIPULATION AND ORDER EXTENDING DEADLINE FOR RULE 39.1 MEDIATION (CV07-868MAT) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVE N, SUITE 206
SEATTLE, WA 98109
206-957-9669

September 4, 2008. The parties are scheduled to mediate this matter with Fred Meyers of Mills, Meyers & Swartling on September 4, 2008. Due to the schedules of the attorneys and Mr. Meyers, September 4, 2008 was the earliest possible date for this mediation to take place.

DATED this 22nd day of August, 2008.

CHRISTIE LAW GROUP, PLLC

By    /s/ Thomas P. Miller
    ROBERT L. CHRISTIE, WSBA #10895
    THOMAS P. MILLER, WSBA #34473
    Attorneys for Defendants

LAW OFFICES OF ROBERT D. BUTLER

By    /s/ Robert D. Butler  (approved via email)
    ROBERT D. BUTLER, WSBA #22475
    Attorney for Plaintiff

## **O R D E R**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that the deadline for CR 39.1 mediation shall be extended from September 2, 2008 to September 4, 2008.

DONE IN OPEN COURT/CHAMBERS this 26th day of August, 2008.

s/ Mary Alice Theiler
United States Magistrate Judge

STIPULATION AND ORDER EXTENDING
DEADLINE FOR RULE 39.1 MEDIATION
(CV07-868MAT) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVE N, SUITE 206
SEATTLE, WA 98109
206-957-9669

Presented By:

CHRISTIE LAW GROUP, PLLC


By     /s/ Thomas P. Miller
    ROBERT L. CHRISTIE, WSBA #10895
    THOMAS P. MILLER, WSBA #34473
    Attorneys for Defendants


Approved for Entry, Copy Received;
and Notice of Presentation Waived:

LAW OFFICES OF ROBERT D. BUTLER


By     /s/ Robert D. Butler  (approved telephonically)
    ROBERT D. BUTLER, WSBA #22475
    Attorney for Plaintiff

STIPULATION AND ORDER EXTENDING
DEADLINE FOR RULE 39.1 MEDIATION
(CV07-868MAT) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVE N, SUITE 206
SEATTLE, WA 98109
206-957-9669